**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Leonard Anthony Gray |
| Debtor 2 (Spouse, if filing) | Valerie Eloyce Gray |
| United States Bankruptcy Court for the: | Northern District of Georgia (State) |
| Case number | 15-61215-WLH |

## Form 4100R

# Response to Notice of Final Cure Payment                                   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2797 ____ ____ ____

**Property address:** 6023 West Fayetteville Road
Number     Street

Atlanta, GA 30349
City                          State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____ / ____ / _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:   2/1/20 @ $637.82 + 3/1/20 @ $718.26   (a) $ 1,356.08

b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.   **Total.** Add lines a and b.   - $423.41 Suspense   (c) $ 932.67

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02 / 01 / 2020
MM / DD / YYYY

Debtor 1    Leonard Anthony Gray         Case number (if known)   15-61215-WLH
First Name      Middle Name      Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____    Date 04 / 07 , 2020
    Signature

Print    Raymond     Valderrama       Title   Assistant Vice President
       First Name    Middle Name    Last Name

Company    BSI Financial Services

If different from the notice address listed on the proof of claim to which this response applies:

Address    7505 Irvine Center Drive, Suite 200
       Number      Street

       Irvine        CA     92618
       City        State    ZIP Code

Contact phone   ( 949 ) 679 _ 6728       Email   Rvalderrama@bsifinancial.com


**BSI Financial Services**

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 7/1/2015 | $190.44 | $284.46 | $474.90 | Filed w/POC |
| 5/1/2017 | $190.44 | $301.63 | $492.07 | 4/10/2017 |
| 6/1/2019 | $190.44 | $447.38 | $637.82 | 5/1/2019 |
| 3/1/2020 | | $718.26 | $718.26 | 2/7/2020 |
| | | $0.00 | | |
| | | $0.00 | | |

### Loan Information

| | |
|---|---|
| Loan # | |
| Borrower | Gray |
| BK Case # | 15-61215 |
| Date Filed | 6/17/2015 |
| First Post Petition Due Date | 7/1/2015 |
| POC Covers | 5/1/14-6/1/15 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Arrears Credit | APO Debit | APO Suspense Balance | APO Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2015 | $474.90 | 7/1/2015 | 5/1/2014 | $474.90 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 9/8/2018 | $950.00 | 8/1/2015 | 6/1/2014 | $474.90 | $475.10 | $475.10 | | $475.10 | | | $0.00 | $0.00 | |
| 11/13/2015 | | Trustee Payment | | | $0.00 | | | $475.10 | | | $0.00 | $0.00 | |
| 12/7/2018 | | Trustee Payment | | | $0.00 | | | $475.10 | | | $0.00 | $0.00 | |
| 1/6/2016 | | Trustee Payment | | | $0.00 | | | $475.10 | | | $0.00 | $0.00 | |
| 1/14/2016 | $1,430.00 | 9/1/2015 | 7/1/2014 | $474.90 | $955.10 | $955.10 | | $1,430.20 | | | $0.00 | $0.00 | |
| 1/14/2016 | | 10/1/2015 | 8/1/2014 | $474.90 | -$474.90 | | $474.90 | $955.30 | | | $0.00 | $0.00 | |
| 1/14/2016 | | 11/1/2015 | 9/1/2014 | $474.90 | -$474.90 | | $474.90 | $480.40 | | | $0.00 | $0.00 | |
| 1/14/2016 | | 12/1/2015 | 10/1/2014 | $474.90 | -$474.90 | | $474.90 | $5.50 | | | $0.00 | $0.00 | |
| 2/8/2016 | | Trustee Payment | | | $0.00 | | | $5.50 | | | $0.00 | $0.00 | |
| 2/23/2016 | $474.90 | 1/1/2016 | 11/1/2014 | $474.90 | $0.00 | | | $5.50 | | | $0.00 | $0.00 | |
| | | APO entered 3/25/16 covering 10/1/15-1/1/16 IAO $1,495.30. Strip payments due 2/15/16-6/15/16 IAO $249.21 and final strip payment due 7/15/16 IAO $249.25. Regular resume 2/1/16. | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 3/29/2016 | $474.90 | 2/1/2016 | 12/1/2014 | $474.90 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 4/11/2016 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 4/30/2016 | $480.00 | 3/1/2016 | 1/1/2015 | $474.90 | $5.10 | $5.10 | | $5.10 | | | $0.00 | $0.00 | |
| 5/12/2016 | | Trustee Payment | | | $0.00 | | | $5.10 | | | $0.00 | $0.00 | |
| 5/31/2016 | $480.79 | 4/1/2016 | 2/1/2015 | $474.90 | $5.89 | $5.89 | | $10.99 | | | $0.00 | $0.00 | |
| 6/13/2016 | | Trustee Payment | | | $0.00 | | | $10.99 | | | $0.00 | $0.00 | |
| 6/24/2016 | | 2/15/16 Stip Payment | | | $0.00 | | | $10.99 | $249.21 | | $249.21 | $249.21 | |
| 6/27/2016 | $470.00 | 5/1/2016 | 3/1/2015 | $474.98 | -$4.98 | | $4.98 | $6.01 | | | $249.21 | $249.21 | |
| 7/7/2016 | $475.00 | 6/1/2016 | | $474.98 | $0.02 | $0.02 | | $6.03 | | | $249.21 | $249.21 | |
| 7/13/2016 | | Trustee Payment | | | $0.00 | | | $6.03 | | | $249.21 | $249.21 | |
| 7/26/2016 | $475.00 | 7/1/2016 | 4/1/2015 | $474.98 | $0.02 | $0.02 | | $6.05 | | | $249.21 | $249.21 | |
| 8/4/2016 | $603.16 | 8/1/2016 | 5/1/2015 | $474.98 | $128.18 | $128.18 | | $134.23 | | | $249.21 | $249.21 | |
| 8/4/2016 | | 3/15/16 APO Payment | | | $0.00 | | | $134.23 | $249.21 | | $498.42 | $498.42 | |
| 8/4/2016 | | 4/15/16 APO Payment | | | $0.00 | | | $134.23 | $249.21 | | $747.63 | $747.63 | |
| 8/4/2016 | | 5/15/16 APO Payment | | | $0.00 | | | $134.23 | $249.21 | | $996.84 | $996.84 | |
| 8/4/2016 | | 6/15/16 APO Payment | | | $0.00 | | | $134.23 | $249.21 | | $1,246.05 | $1,246.05 | |
| 8/8/2016 | $350.75 | 9/1/2016 | 6/1/2015 | $474.98 | -$124.23 | | $124.23 | $10.00 | | | $1,246.05 | $1,246.05 | |
| 8/8/2016 | | 7/15/16 APO Payment | | | $0.00 | | | $10.00 | $249.25 | | $1,495.30 | $1,495.30 | |
| 8/18/2016 | | Trustee Payment | | | $0.00 | | | $10.00 | | | $1,495.30 | $1,495.30 | |
| 9/14/2016 | | Trustee Payment | | | $0.00 | | | $10.00 | | | $1,495.30 | $1,495.30 | |
| 9/16/2016 | $474.90 | 10/1/2016 | 7/1/2015 | $474.98 | -$0.08 | | $0.08 | $9.92 | | | $1,495.30 | $1,495.30 | |
| 10/7/2016 | | APO Applied | 8/1/2015 | | $0.00 | | | $9.92 | | $474.90 | $1,020.40 | $1,495.30 | |
| 10/19/2016 | | Trustee Payment | | | $0.00 | | | $9.92 | | | $1,020.40 | $1,495.30 | |
| 10/31/2016 | $474.90 | 11/1/2016 | 9/1/2015 | $474.90 | -$0.08 | | $0.08 | $9.84 | | | $1,020.40 | $1,495.30 | |
| 11/15/2016 | | Trustee Payment | | | $0.00 | | | $9.84 | | | $1,020.40 | $1,495.30 | |
| 12/9/2016 | $475.00 | 12/1/2016 | 10/1/2015 | $474.98 | $0.02 | $0.02 | | $9.86 | | | $1,020.40 | $1,495.30 | |
| 12/20/2016 | | Trustee Payment | | | $0.00 | | | $9.86 | | | $1,020.40 | $1,495.30 | |
| 12/23/2016 | $475.00 | 1/1/2017 | 11/1/2015 | $474.98 | $0.02 | $0.02 | | $9.88 | | | $1,020.40 | $1,495.30 | |
| 1/6/2017 | | Trustee Payment | | | $0.00 | | | $9.88 | | | $1,020.40 | $1,495.30 | |
| 1/24/2017 | | PRE-Petition Applied | 12/1/2015 | | $0.00 | | | $9.88 | | | $1,020.40 | $1,495.30 | |
| 1/24/2017 | | PRE-Petition Applied | 1/1/2016 | | $0.00 | | | $9.88 | | | $1,020.40 | $1,495.30 | |
| 3/10/2017 | $476.00 | 2/1/2017 | 2/1/2016 | $474.98 | $1.02 | $1.02 | | $10.90 | | | $1,020.40 | $1,495.30 | |
| 3/15/2017 | | Trustee Payment | | | $0.00 | | | $10.90 | | | $1,020.40 | $1,495.30 | |
| 4/10/2017 | | Trustee Payment | | | $0.00 | | | $10.90 | | | $1,020.40 | $1,495.30 | |
| 4/14/2017 | $475.00 | 3/1/2017 | 3/1/2016 | $474.98 | $0.02 | $0.02 | | $10.92 | | | $1,020.40 | $1,495.30 | |
| 5/12/2017 | | Trustee Payment | | | $0.00 | | | $10.92 | | | $0.00 | $1,495.30 | |
| 5/16/2017 | $498.00 | 4/1/2017 | 4/1/2016 | $474.98 | $23.02 | $23.02 | | $33.94 | | | $0.00 | $1,495.30 | |
| 6/13/2017 | | Trustee Payment | | | $0.00 | | | $33.94 | | | $0.00 | $1,495.30 | |
| 6/16/2017 | $500.00 | 5/1/2017 | 5/1/2016 | $492.07 | $7.93 | $7.93 | | $41.87 | | | $0.00 | $1,495.30 | |
| 7/10/2017 | $461.00 | 6/1/2017 | 6/1/2016 | $492.07 | -$31.07 | | $31.07 | $10.80 | | | $0.00 | $1,495.30 | |

| Date | Amount | Description | Date | Date | Amount | Amount | Amount | Balance | | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2017 | | PRE-Petition Applied | 7/1/2016 | | $0.00 | | | $10.80 | | | $0.00 | $1,495.30 |
| 8/11/2017 | | Trustee Payment | | | $0.00 | | | $10.80 | | | $0.00 | $1,495.30 |
| 9/12/2017 | $475.00 | | | | $475.00 | $475.00 | | $485.80 | | | $0.00 | $1,495.30 |
| 9/13/2017 | | Trustee Payment | | | $0.00 | | | $485.80 | | | $0.00 | $1,495.30 |
| 10/5/2017 | | Trustee Payment | | | $0.00 | | | $485.80 | | | $0.00 | $1,495.30 |
| 10/17/2017 | | Trustee Payment | | | $0.00 | | | $485.80 | | | $0.00 | $1,495.30 |
| 10/17/2017 | $552.50 | 7/1/2017 | 8/1/2016 | $492.07 | $60.43 | $60.43 | | $546.23 | | | $0.00 | $0.00 |
| 10/31/2017 | $480.00 | 8/1/2017 | 9/1/2016 | $492.07 | -$12.07 | | $12.07 | $534.16 | | | $0.00 | $0.00 |
| 10/31/2017 | | 9/1/2017 | 10/1/2016 | $492.07 | -$492.07 | | $492.07 | $42.09 | | | $0.00 | $0.00 |
| 12/7/2017 | | Trustee Payment | | | $0.00 | | | $42.09 | | | $0.00 | $0.00 |
| 1/16/2018 | | Trustee Payment | | | $0.00 | | | $42.09 | | | $0.00 | $0.00 |
| 2/8/2018 | | Trustee Payment | | | $0.00 | | | $42.09 | | | $0.00 | $0.00 |
| 3/1/2018 | $475.00 | 10/1/2017 | 11/1/2016 | $492.07 | -$17.07 | | $17.07 | $25.02 | | | $0.00 | $0.00 |
| 3/9/2018 | | Trustee Payment | | | $0.00 | | | $25.02 | | | $0.00 | $0.00 |
| 4/6/2018 | | Trustee Payment | | | $0.00 | | | $25.02 | | | $0.00 | $0.00 |
| 4/14/2018 | $475.00 | 11/1/2017 | 12/1/2016 | $492.07 | -$17.07 | | $17.07 | $7.95 | | | $0.00 | $0.00 |
| 5/4/2018 | $475.00 | | | | $475.00 | $475.00 | | $482.95 | | | $0.00 | $0.00 |
| 5/9/2018 | | Trustee Payment | | | $0.00 | | | $482.95 | | | $0.00 | $0.00 |
| 5/9/2018 | | PRE-Petition Applied | 1/1/2017 | | $0.00 | | | $482.95 | | | $0.00 | $0.00 |
| 5/9/2018 | | PRE-Petition Applied | 2/1/2017 | | $0.00 | | | $482.95 | | | $0.00 | $0.00 |
| 5/9/2018 | | PRE-Petition Applied | 3/1/2017 | | $0.00 | | | $482.95 | | | $0.00 | $0.00 |
| 6/4/2018 | $985.94 | 12/1/2017 | 4/1/2017 | $492.07 | $493.87 | $493.87 | | $976.82 | | | $0.00 | $0.00 |
| 6/6/2018 | | Trustee Payment | | | $0.00 | | | $976.82 | | | $0.00 | $0.00 |
| 7/10/2018 | | Trustee Payment | | | $0.00 | | | $976.82 | | | $0.00 | $0.00 |
| 7/30/2018 | $492.07 | 1/1/2018 | 5/1/2017 | $492.07 | $0.00 | | | $976.82 | | | $0.00 | $0.00 |
| 8/31/2018 | $500.00 | 2/1/2018 | 6/1/2017 | $492.07 | $7.93 | $7.93 | | $984.75 | | | $0.00 | $0.00 |
| 9/12/2018 | | Trustee Payment | | | $0.00 | | | $984.75 | | | $0.00 | $0.00 |
| 10/1/2018 | $500.00 | 3/1/2018 | 7/1/2017 | $492.07 | $7.93 | $7.93 | | $992.68 | | | $0.00 | $0.00 |
| 10/5/2018 | | Trustee Payment | | | $0.00 | | | $992.68 | | | $0.00 | $0.00 |
| 10/5/2018 | | 4/1/2018 | 8/1/2017 | $492.07 | -$492.07 | | $492.07 | $500.61 | | | $0.00 | $0.00 |
| 10/5/2018 | | 5/1/2018 | 9/1/2017 | $492.07 | -$492.07 | | $492.07 | $8.54 | | | $0.00 | $0.00 |
| 11/6/2018 | | Trustee Payment | | | $0.00 | | | $8.54 | | | $0.00 | $0.00 |
| 11/15/2018 | $500.00 | 6/1/2018 | 10/1/2017 | $492.07 | $7.93 | $7.93 | | $16.47 | | | $0.00 | $0.00 |
| 12/10/2018 | | Trustee Payment | | | $0.00 | | | $16.47 | | | $0.00 | $0.00 |
| 1/3/2019 | | Trustee Payment | | | $0.00 | | | $16.47 | | | $0.00 | $0.00 |
| 1/3/2019 | | | | | $0.00 | | | $16.47 | | | $0.00 | $0.00 |
| 2/5/2019 | $3,428.02 | 7/1/2018 | 11/1/2017 | $492.07 | $2,935.95 | $2,935.95 | | $2,952.42 | | | $0.00 | $0.00 |
| 2/5/2019 | | 8/1/2018 | 12/1/2017 | $492.07 | -$492.07 | | $492.07 | $2,460.35 | | | $0.00 | $0.00 |
| 2/5/2019 | | 9/1/2018 | 1/1/2018 | $492.07 | -$492.07 | | $492.07 | $1,968.28 | | | $0.00 | $0.00 |
| 2/5/2019 | | 10/1/2018 | 2/1/2018 | $492.07 | -$492.07 | | $492.07 | $1,476.21 | | | $0.00 | $0.00 |
| 2/5/2019 | | 11/1/2018 | 3/1/2018 | $492.07 | -$492.07 | | $492.07 | $984.14 | | | $0.00 | $0.00 |
| 2/5/2019 | | 12/1/2018 | 4/1/2018 | $492.07 | -$492.07 | | $492.07 | $492.07 | | | $0.00 | $0.00 |
| 2/5/2019 | | 1/1/2019 | 5/1/2018 | $492.07 | -$492.07 | | $492.07 | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 6/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 7/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 8/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 9/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 10/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 2/5/2019 | | PRE-Petition Applied | 11/1/2018 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 3/6/2019 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 3/29/2019 | $492.07 | 2/1/2019 | 12/1/2018 | $492.07 | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 4/8/2019 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 5/10/2019 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 5/15/2019 | $492.07 | 3/1/2019 | 1/1/2019 | $492.07 | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 6/15/2019 | $492.07 | 4/1/2019 | 2/1/2019 | $492.07 | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 6/19/2019 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 6/29/2019 | | PRE-Petition Applied | 3/1/2019 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 6/29/2019 | $492.07 | 5/1/2019 | 4/1/2019 | $492.07 | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 7/30/2019 | $492.07 | 6/1/2019 | 5/1/2019 | $637.82 | -$145.75 | | | $0.00 | | | $0.00 | $0.00 |
| 7/30/2019 | | PRE-Petition Applied | 6/1/2019 | | $0.00 | | | $0.00 | | | $0.00 | $0.00 |
| 8/30/2019 | $396.87 | suspense | | | $396.87 | $396.87 | | $396.87 | | | $0.00 | $0.00 |
| 9/30/2019 | $1,275.64 | 7/1/2019 | 7/1/2019 | $637.82 | $637.82 | $637.82 | | $1,034.69 | | | $0.00 | $0.00 |
| 9/30/2019 | | 8/1/2019 | 8/1/2019 | $637.82 | -$637.82 | | $637.82 | $396.87 | | | $0.00 | $0.00 |
| 10/17/2019 | $637.82 | 9/1/2019 | 9/1/2019 | $637.82 | $0.00 | | | $396.87 | | | $0.00 | $0.00 |
| 10/28/2019 | $637.82 | 10/1/2019 | 10/1/2019 | $637.82 | $0.00 | | | $396.87 | | | $0.00 | $0.00 |
| 1/2/2020 | $645.00 | 11/1/2019 | 11/1/2019 | $637.82 | $7.18 | | | $404.05 | | | $0.00 | $0.00 |
| 1/22/2020 | $650.00 | 12/1/2019 | 12/1/2019 | $637.82 | $12.18 | $12.18 | | $416.23 | | | $0.00 | $0.00 |
| 2/25/2020 | $645.00 | 1/1/2020 | 1/1/2020 | $637.82 | $7.18 | $7.18 | | $423.41 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $423.41 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $423.41 | | | $0.00 | $0.00 |
| Post petition due | | 2/1/2020 | | $637.82 | -$637.82 | | | $423.41 | | | $0.00 | $0.00 |
| | | 3/1/2020 | | $718.26 | -$718.26 | | | $423.41 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $423.41 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $423.41 | | | $0.00 | $0.00 |

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Stacey L. Butler, Esq.
Attorney for Debtors
Via Electronic Notice

Valerie Eloyce Gray
6023 West Fayetteville Road
Atlanta, GA 30349

Leonard Anthony Gray
6023 West Fayetteville Road
Atlanta, GA 30349

This 8th day of April, 2020.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com